CATHARINE W. COOKE, Respondent, *v.* AARON A. DEGRAUW, Impleaded, etc., Appellant.

(Submitted December 11, 1888; decided January 15, 1889.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made February 6, 1888, which affirmed an order of Special Term sustaining exceptions to the allowance by the referee of the claim of the appellant as a valid claim against funds in the hands of a receiver.

*Edward S. Clinch* for appellant.

*Payson Merrill, William G. Wilson, William R. Martin, William Allan* and *W. H. Newman* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.

In the Matter of the Judicial Settlement of the Accounts of GEORGE HORNBERGER, General Guardian, etc.

(Submitted December 11, 1888; decided January 15, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 28, 1888, which affirmed the decree of the surrogate of the county of New York denying the motion made by George Hornberger to set aside the referee's report settling his accounts as guardian.

*Henry Wehle* for appellant.

*Adolphus D. Pape* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.